UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT COONS and ROBIN COONS, ) | 3:05-CV-0180-HDM (RAM) |
| ) | |
| ) | <u>MINUTES OF THE COURT</u> |
| Plaintiffs, ) | |
| ) | February 28, 2007 |
| vs. ) | |
| ) | |
| BRADLEY LEONARD FOOTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>ROSEMARY DAMRON</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

　　　Plaintiffs have filed an Emergency Motion to Reopen Discovery (Doc. #25) and Defendant has filed a Non-Opposition to Emergency Motion to Reopen Discovery (Doc. #27).

　　　Plaintiffs' Emergency Motion to Reopen Discovery (Doc. #25) is <u>GRANTED</u>.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk